

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL A. SHAFFER, | : | |
| Plaintiff | : | |
| v. | : | CIVIL ACTION NO. 01-CV-1065 |
| | : | JUDGE SYLVIA H. RAMBO |
| SUSAN GRAYBILL AS AN INDIVIDUAL AND AS ADMINISTRATRIX OF THE ESTATE OF DENNIS M. GRAYBILL, MINUTEMAN PRESS INTERNATIONAL, INC., and ROBERT EMMETT, | : | FILED HARRISBURG, PA JUL 1 6 2001 MARY E. D'ANDREA, CLERK Per _____ Deputy Clerk |
| Defendants | : | |

## MOTION TO DISMISS

Defendants Susan Graybill, individual and Susan Graybill, as Executrix of the Estate of Dennis M. Graybill (collectively the "Moving Defendants"), move this Court, pursuant to Fed.R.Civ.P. 12(b)(6), to dismiss the civil action filed by Michael A. Shaffer (the "Plaintiff") for Plaintiff's violation of an indemnity and

1

hold harmless agreement between the parties. In the alternative, Moving Defendants move this Court to dismiss Plaintiff's Complaint and First Amended Complaint pursuant to Fed.R.Civ.P. 12(b)(6), and for an award of their attorney's fees and costs associated with the filing of this Motion. In further support of this Motion, Moving Defendants hereby incorporate by reference their Memorandum of Law and the Exhibits thereto pursuant to Fed.R.Civ.P. 10(c).

Wherefore, Defendants Susan Graybill, individual and Susan Graybill, as Executrix of the Estate of Dennis M. Graybill, request that the Court grant their Motion to Dismiss in the form of order attached; dismissing Plaintiff's claims with prejudice; and awarding Susan Graybill, individual and Susan Graybill, as Executrix of the Estate of Dennis M. Graybill their attorney's fees and costs in this matter.

Respectfully submitted,

Charles Rees Brown
Pa. Id. No. 70612
Nicholas & Foreman, P.C.
4409 North Front Street
Harrisburg, PA 17110
(717) 236-9391

Attorney for Defendants Susan Graybill, individual and Susan Graybill, Executrix of the Estate of Dennis M. Graybill.

Dated: July 16, 2001

## CERTIFICATE OF SERVICE

I, Charles Rees Brown, hereby certify that on this 16th day of July, 2001, I caused a copy of the foregoing Motion to Dismiss and Memorandum of Law in support of the Motion to Dismiss to be served by first class mail, postage prepaid, upon the following counsel of record:

>ROBERT J. WHITE, ESQ.
>P.O. BOX 3005
>YORK, PA 17402
>
>JOHN J. JACKOW III, ESQ.
>BUCHANAN INGERSOLL, P.C.
>11 PENN CENTER, 14[TH] FLOOR
>1835 MARKET STREET
>PHILADELPHIA, PA 19103

_____
Charles Rees Brown

1