IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**Michael Shaffer**					CASE NO. 1:01-CV-1065

vs.

**Susan Graybill, et al.**				DATE: August 9, 2001 @ 8:45 AM


Judge Sylvia H. Rambo presiding in Chambers

Proceeding: Case Management Conference

Time Commenced: _8:50_			Time Terminated: _9:00_

APPEARANCES

Plaintiff's Counsel:				Defendant's Counsel

_White_						_Brown_

						_Thurnau_

FILED
HARRISBURG, PA
AUG 09 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

REMARKS: _Joinder & Amend 10/1_
_Discovery 4/1_
_P's Exp 2/1_
_D's " 3/1_
_Supp 4/1_
_Disp. 4/15_
_Trial July_