In the United States District Court for the Middle District of Pennsylvania

| | | |
|---|---|---|
| Michael A. Shafer, | } Civil Action No. 01-CV-1065 | |
| Plaintiff, | } | |
| | } | |
| v. | } (Judge Rambo) | |
| | } | |
| Susan Graybill, et al., | } | |
| Defendants. | } | |

**FILED**
HARRISBURG, PA

AUG 31 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

### Order

Plaintiff's Motion to File a Partial Substitute Brief in Opposition to Defendants MMPI and Emmett's Motion to Dismiss is granted.

Signed this *31* day of *Aug.*, 2001.

United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 31, 2001

Re: 1:01-cv-01065   Shaffer v. Graybill

True and correct copies of the attached were mailed by the clerk to the following:

>Robert J. White, Esq.
>P.O. Box 3005
>York, PA  17402  Fax No.: (717) 699-2895
>
>Marvin Beshore, Esq.
>Milspaw & Beshore
>P.O. Box 946
>Harrisburg, PA  17108-0946     Fax No.: (717) 236-0791
>
>Charles P. Brown, Esq.
>Nicholas & Foreman, P.C.
>4409 North Front Street
>Harrisburg, PA  17110
>
>Harris J. Chernow, Esq.
>Arthur L. Pressman, Esq.
>John J. Jacko III, Esq.
>Buchanan Ingersoll Professional Corporation
>Eleven Penn Center, 14th Floor
>Philadelphia, PA  19103-2985     Fax No.: (215) 665-8760
>
>Pearlette V. Toussant, Esq.
>Buchanan Ingersoll Professional Corporation
>Eleven Penn Center, 14th Floor
>1835 Market St.
>Philadelphia, PA  19103-2895

```
cc:
Judge                    (X)          ( ) Pro Se Law Clerk
Magistrate Judge         ( )          ( ) INS
U.S. Marshal             ( )          ( ) Jury Clerk
Probation                ( )
U.S. Attorney            ( )
Atty. for Deft.          ( )
Defendant                ( )
Warden                   ( )
Bureau of Prisons        ( )
Ct Reporter              ( )
Ctroom Deputy            ( )
Orig-Security            ( )
Federal Public Defender  ( )
```

```
Standard Order 93-5         (●)
Order to Show Cause         (●)  with Petition attached & mailed certified mail
                                 to:  US Atty Gen   ( )   PA Atty Gen   ( )
                                      DA of County  ( )   Respondents   ( )

Bankruptcy Court            ( )
Other_____  ( )
```

MARY E. D'ANDREA, Clerk

DATE: August 31st, 2001         BY: /s/ Mark J. Armbruster
                                    Deputy Clerk