IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL A. SHAFFER, | CIVIL NO. 01-CV-1065 |
| Plaintiff | |
| v. | |
| SUSAN GRAYBILL AS AN INDIVIDUAL AND AS ADMINISTRATRIX OF THE ESTATE OF DENNIS M. GRAYBILL, MINUTEMAN PRESS INTERNATIONAL, INC. and ROBERT EMMETT, | FILED<br>HARRISBURG, PA<br>NOV 16 2001<br>MARY E. D'ANDREA, CLERK<br>Per _____ Deputy Clerk |
| Defendants | |

### ORDER

Before the court are Plaintiff's motion for leave to file a second amended complaint and Plaintiff's motion for leave to file a supplemental brief in opposition to Defendants' motions to dismiss. The background of this case is as follows: On May 3, 2001 Plaintiff filed a four count complaint in the Court of Common Pleas of Cumberland County, Pennsylvania. On May 19, 2001 Plaintiff filed a first amended complaint, containing two additional counts. Defendants removed the case to the United States District Court for the Middle District of Pennsylvania on June 15, 2001.

On June 22, 2001 Defendants Minuteman Press International ("MMPI") and Robert Emmett filed a motion to dismiss. Plaintiff filed his brief in opposition on July 10, 2001, and on July 20, 2001 Defendants MMPI and Emmett filed their reply brief. On August 27, 2001 Plaintiff filed a motion for leave to file a

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

Re:  1:01-cv-01065    Shaffer v. Graybill

True and correct copies of the attached were mailed by the clerk to the following:

Robert J. White, Esq.
P.O. Box 3005
York, PA  17402    Fax No.: (717) 699-2895

Marvin Beshore, Esq.
Milspaw & Beshore
130 State Street
Harrisburg, PA  17108-0946    Fax No.: (717) 236-0791

Charles P. Brown, Esq.
Nicholas & Foreman, P.C.
4409 North Front Street
Harrisburg, PA  17110

Harris J. Chernow, Esq.
Arthur L. Pressman, Esq.
John J. Jacko III, Esq.
Pearlette V. Toussant, Esq.
Buchanan Ingersoll Professional Corporation
Eleven Penn Center, 14th Floor
1835 Market St.
Philadelphia, PA  19103-2895

cc:
Judge                    (X)         ( ) Pro Se Law Clerk
Magistrate Judge         ( )         ( ) INS
U.S. Marshal             ( )         ( ) Jury Clerk
Probation                ( )
U.S. Attorney            ( )
Atty. for Deft.          ( )
Defendant                ( )
Warden                   ( )
Bureau of Prisons        ( )
Ct Reporter              ( )
Ctroom Deputy            ( )
Orig-Security            ( )

MARY E. D'ANDREA, Clerk

DATE: November 16th, 2001                BY: [signature]