○              ○                    ㉑

12-21-01
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL A. SHAFFER,** | : | CIVIL NO. 01-CV-1065 |
| **Plaintiff** | : | |
| v. | : | |
| **SUSAN GRAYBILL AS AN INDIVIDUAL AND AS ADMINISTRATRIX OF THE ESTATE OF DENNIS M. GRAYBILL, MINUTEMAN PRESS INTERNATIONAL, INC. and ROBERT EMMETT,** | : | FILED<br>HARRISBURG, PA<br>DEC 21 2001<br>MARY E. D'ANDREA, CLERK<br>Per _____ MA _____<br>Deputy Clerk |
| **Defendants** | : | |

## ORDER

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED THAT:**

(1) Defendants' motions to dismiss are **GRANTED IN PART** and **DENIED IN PART** as follows:

 (A) As to Plaintiff's claims for negligence and intentional infliction of emotional distress, the motion is **GRANTED**.

 (B) As to Plaintiff's claims for fraud, fraudulent misrepresentation, and civil conspiracy, the motion is **DENIED**.

(2) Defendants' motions to strike the Plaintiff's claim for punitive damages and trial by jury are **DENIED**.

/s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: December 21, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

Re:  1:01-cv-01065    Shaffer v. Graybill

True and correct copies of the attached were mailed by the clerk to the following:

    Robert J. White, Esq.
    P.O. Box 3005
    York, PA  17402 Fax No.: (717) 699-2895

    Marvin Beshore, Esq.
    Milspaw & Beshore
    130 State Street
    Harrisburg, PA  17108-0946    Fax No.: (717) 236-0791

    Charles P. Brown, Esq.
    Nicholas & Foreman, P.C.
    4409 North Front Street
    Harrisburg, PA  17110

    Harris J. Chernow, Esq.
    Arthur L. Pressman, Esq.
    John J. Jacko III, Esq.
    Pearlette V. Toussant, Esq.
    Buchanan Ingersoll Professional Corporation
    Eleven Penn Center, 14th Floor
    1835 Market St.
    Philadelphia, PA  19103-2895

cc:
Judge                  (X )            ( ) Pro Se Law Clerk
Magistrate Judge       ( )             ( ) INS
Ct Reporter            ( )
Ctroom Deputy          ( )
Orig-Security          ( )
Other_____( )

                                              MARY E. D'ANDREA, Clerk

DATE: December 21st, 2001              BY: _/s/_____
                                                 Deputy Clerk