**• ORIGINAL •**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL A. SHAFFER, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 01-CV-1065 |
| | : Judge Sylvia H. Rambo |
| SUSAN GRAYBILL AS AN INDIVIDUAL AND AS ADMINISTRATRIX OF THE ESTATE OF DENNIS M. GRAYBILL, MINUTEMAN PRESS INTERNATIONAL, INC., and ROBERT EMMETT, | : |
| Defendants. | |

**FILED
HARRISBURG
JAN 0 8 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK**

**MOTION FOR RECONSIDERATION OF THE COURT'S
DECEMBER 21, 2001 ORDER AND MEMORANDUM OF
DEFENDANTS MINUTEMAN PRESS INTERNATIONAL, INC.
AND ROBERT EMMETT**

Defendants Minuteman Press International, Inc. ("Minuteman") and Robert Emmett (collectively, "Moving Defendants") hereby move, pursuant to LR 7.10 of the United District Court for the Middle District of Pennsylvania, for reconsideration of that portion of the Court's December 21, 2001 Order and

Memorandum by which the Court refused to enforce an arbitration clause contained in the franchise agreement between Minuteman and Plaintiff. In support, Moving Defendants incorporate the attached Memorandum of Law pursuant to Fed.R.Civ.P. 10(c).

**WHEREFORE**, defendants Minuteman Press International, Inc. and Robert Emmett, request that the Court grant their Motion for Reconsideration in the form of order attached.

Dated: January 7, 2002

Respectfully submitted,

_____
Harris J. Chernow
John J. Jacko, III
Pearlette V. Toussant
P.A. I.D. Nos. 52577/67477/85756
**BUCHANAN INGERSOLL**
**PROFESSIONAL CORPORATION**
Eleven Penn Center, 14th Floor
1835 Market Street
Philadelphia, PA 19103
(215) 665-8700

Attorneys for Defendants,
Minuteman Press International, Inc. and
Robert Emmett

## CERTIFICATE OF SERVICE

I, John J. Jacko, III, hereby certify that on this 7th day of January, 2002, I caused a copy of the foregoing Motion for Reconsideration of the Court's December 21, 2001 Order and Memorandum of Defendants Minuteman Press International, Inc. and Robert Emmett to be served via First Class U.S. Mail, postage prepaid, upon the following counsel of record:

>Robert J. White, Esquire
>P.O. Box 3005
>York, PA 17402

>and

>Charles Rees Brown, Esquire
>Nicholas & Foreman, P.C.
>4409 North Front Street
>Harrisburg, PA 17110

John J. Jacko, III