



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL A. SHAFFER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. 01-CV-1065 |
| | : Judge Sylvia H. Rambo |
| SUSAN GRAYBILL AS AN | : |
| INDIVIDUAL AND AS | : |
| ADMINISTRATRIX OF THE ESTATE | : |
| OF DENNIS M. GRAYBILL, | : |
| MINUTEMAN PRESS | : |
| INTERNATIONAL, INC., | : |
| and ROBERT EMMETT, | |
| | |
| Defendants. | |

**DEFENDANTS MINUTEMAN PRESS
INTERNATIONAL, INC.'S AND ROBERT EMMETT'S
MOTION TO STAY THE PROCEEDINGS PENDING THEIR
<u>MOTION FOR RECONSIDERATION AND APPEAL</u>**

Defendants Minuteman Press International, Inc. ("Minuteman") and Robert Emmett (collectively, "Defendants") hereby move for a stay of the proceedings pending a decision by this Court on Defendants' Motion for Reconsideration and its appeal to the United States Court of Appeals for the Third Circuit on the

arbitrability of Plaintiff Michael Shaffer's ("Plaintiff") claims under the Federal Arbitration Act, 9 U.S.C. §1, *et seq*. In support thereof, Defendants incorporate the attached Memorandum of Law pursuant to Fed.R.Civ.P. 10(c).

**WHEREFORE**, Defendants Minuteman Press International, Inc. and Robert Emmett, request that the Court grant their Motion for Stay of the Proceedings Pending its Motion for Reconsideration and Appeal in the form of order attached.

                                          Respectfully submitted,

_____
Harris J. Chernow
John J. Jacko, III
P.A. I.D. Nos. 52577/67477
**BUCHANAN INGERSOLL**
**PROFESSIONAL CORPORATION**
Eleven Penn Center, 14th Floor
1835 Market Street
Philadelphia, PA 19103
(215) 665-8700

Attorneys for Defendants,
Minuteman Press International, Inc. and
Robert Emmett

DATE: January 22, 2002

## CERTIFICATE OF SERVICE

I, Matthew C. Browndorf, hereby certify that on this 22nd day of January, 2002, I caused a copy of Defendants Minuteman Press International, Inc.'s and Robert Emmett's Motion for Stay of the Proceedings Pending Their Motion for Reconsideration and Appeal of to be served via First Class U.S. Mail, postage prepaid, upon the following counsel of record:

>Robert J. White, Esquire
>P.O. Box 3005
>York, PA 17402
>
>and
>
>Charles Rees Brown, Esquire
>Nicholas & Foreman, P.C.
>4409 North Front Street
>Harrisburg, PA 17110
>
>and
>
>Marvin Beshore, Esquire
>Milspaw & Beshore
>130 State Street
>P.O. Box 946
>Harrisburg, PA  17108-0946

_____
Matthew C. Browndorf, Esquire