IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL A. SHAFFER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. 01-CV-1065 |
| | : Judge Sylvia H. Rambo |
| SUSAN GRAYBILL AS AN INDIVIDUAL AND AS ADMINISTRATRIX OF THE ESTATE OF DENNIS M. GRAYBILL, MINUTEMAN PRESS INTERNATIONAL, INC., and ROBERT EMMETT, | : |
| | : |
| Defendants. | : |

FILED
HARRISBURG, PA
JAN 18 2002
MARY E. D'ANDREA, CLERK
Per _____

## NOTICE OF APPEAL

Notice is hereby given that Minuteman Press International, Inc. and Robert Emmett, defendants in the above named case, hereby appeal pursuant to 9 U.S.C § 16 to the United States Court of Appeals for the Third Circuit from the Order entered in this action on December 21, 2001, which refused to stay this action pursuant to 9 U.S.C. § 3.

Respectfully submitted,

Dated: January 17, 2002

_____
Howard J. Bashman
Harris J. Chernow
Arthur L. Pressman
Buchanan Ingersoll, P.C.
Eleven Penn Center, 14th Floor
1835 Market Street
Philadelphia, PA  19103-2985

Attorneys for Defendants
Minuteman Press International, Inc. and
Robert Emmett

## CERTIFICATE OF SERVICE

I, Harris J. Chernow, hereby certify that on this 17th day of January, 2002, I caused a copy of the foregoing Notice of Appeal of Defendants Minuteman Press International and Robert Emmett to be served via First Class U.S. Mail, postage prepaid, upon the following counsel of record:

>Robert J. White, Esquire
>P.O. Box 3005
>York, PA  17402
>
>and
>
>Charles Rees Brown, Esquire
>Nicholas & Foreman, P.C.
>4409 North Front Street
>Harrisburg, PA  17110
>
>and
>
>Martin Beshore
>Milspaw & Beshore
>130 State Street
>P. O. Box 946
>Harrisburg,  PA  17108-0946

_____
Harris J. Chernow

483862 -1;PHL1

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

| CAPTION: | DISTRICT COURT NO. | 1:01-cv-1065 |
|---|---|---|
| MICHAEL A. SHAFFER | CT. OF APPEALS NO. | |
| V. | | |

NOTICE OF APPEAL FILED     1/18/02         Court Reporter:

FILING FEE:

NOTICE OF APPEAL   __X__ PAID   ____ NOT PAID   ____ SEAMAN

DOCKET FEE            __X__ PAID   ____ NOT PAID   ____ USA

CJA APPOINTMENT: (Attach Copy of Order)

____ PRIVATE ATTORNEY

____ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER

____ MOTION PENDING

LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:
     (Attach Copy of Order)

____ MOTION GRANTED (IN FIRST INSTANCE)

____ MOTION DENIED (IN FIRST INSTANCE)

____ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
     (Attach copy of Order)

____ GRANTED

____ DENIED

____ PENDING

COPIES TO:
Judge Sylvia H. Rambo
Harris J. Chernow, Esquire
Robert J. White, Esquire
Charles Rees Brown, Esquire
Martin Beshore, Esquire
John Jacko, Esquire
Pearlette Toussaint, Esquire
File Copy

|  |  |
|---|---|
| | **PREPARED BY:** Shawna L. Cihak |
| | **Deputy Clerk** |

**Date:** January 23, 2002



UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

*Divisional Offices:*

MARY E. D'ANDREA
*Clerk of Court*

(570) 207-5600   FAX (570) 207-5650
*Internet Address:* www.pamd.uscourts.gov

Harrisburg:     (717) 221-39
Williamsport: (570) 323-638

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

RE:        **SHAFFER v. GRAYBILL, et al.**
           **USDC NO: 1:01-cv-1065**
           **USCA NO:**
           **E-mail Account: All correspondence should be sent to the e-mail account:**
           **PAMDAPPEAL1**

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

_____          **Civil Prisoner Case: Case file and docket sheet available through RACER.**

_____          **Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.**

__X__          **Non-Prisoner Civil Case or Criminal Case:  Notice of Appeal and Docket Sheet available through RACER.**

_____          **Civil Prisoner Case: \_\_\_\_ Supplemental Record filed. Documents and docket sheet available through RACER.**

_____          **Non-Prisoner Civil Case or Criminal Case:**
                    **\_\_\_\_\_ Supplemental Record filed. Docket Sheet available through RACER.**

The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

Very truly yours,

s/ **Shawna L. Cihak**
Deputy Clerk

Date:   January 23, 2002