



FILED
JAN 2 4 2002
PER_____
HARRISBURG, PA  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL A. SHAFFER, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 01-CV-1065 |
| | : Judge Sylvia H. Rambo |
| SUSAN GRAYBILL AS AN INDIVIDUAL AND AS ADMINISTRATRIX OF THE ESTATE OF DENNIS M. GRAYBILL, MINUTEMAN PRESS INTERNATIONAL, INC., and ROBERT EMMETT, | : |
| Defendants. | : |

**NOTICE OF ERRATA TO THE MEMORANDUM OF LAW IN SUPPORT OF THE MOTION FOR RECONSIDERATION OF THE COURT'S DECEMBER 21, 2001 ORDER AND MEMORANDUM FILED BY DEFENDANTS MINUTEMAN PRESS INTERNATIONAL, INC. AND <u>ROBERT EMMETT</u>**

Defendants Minuteman Press International, Inc. ("Minuteman") and Robert

Emmett ("Emmett") (together, "Moving Defendants") file this Notice of Errata to

the Memorandum of Law in Support of the Motion for Reconsideration of the Court's December 21, 2001 Order and Memorandum filed by Moving Defendants on January 8, 2002 (the "Memorandum") in the above-captioned action as follows:

The phrase ", is an adhesion contract," was inadvertently omitted from the second paragraph of Section I at page 2 of the Memorandum that reads "Irrespective of whether Plaintiff has adequately pleaded that the arbitration clause, as opposed to his franchise contract (or its individual clauses), it does not fall within the Court's definition of an adhesion contract."  The sentence should properly read, "Irrespective of whether Plaintiff has adequately pleaded that the arbitration clause, as opposed to his franchise contract (or its individual clauses), is an adhesion contract, it does not fall within the Court's definition of an adhesion contract."

**WHEREFORE**, Defendants Minuteman Press International, Inc. and

Robert Emmett request that the Court consider this correction in its consideration of the Motion to Reconsider.

Dated: January 23, 2002

Respectfully submitted,

_____
Harris J. Chernow (PA I.D. No. 52577)
**BUCHANAN INGERSOLL**
**PROFESSIONAL CORPORATION**
Eleven Penn Center, 14th Floor
1835 Market Street
Philadelphia, PA 19103
(215) 665-8700

Attorneys for Defendants
Minuteman Press International, Inc.
and Robert Emmett

## CERTIFICATE OF SERVICE

I, Harris J. Chernow, hereby certify that on this 23rd day of January 23, 2002, a copy of the foregoing Notice of Errata to the Memorandum of Law in Support of the Motion for Reconsideration of the Court's December 21, 2001 Order and Memorandum Filed by Defendants Minuteman Press International, Inc. and Robert Emmett to be served via First-Class, U.S. Mail, postage prepaid, upon the following counsel of record:

>Robert J. White, Esquire
>P.O. Box 3005
>York, PA 17402
>
>Charles Rees Brown, Esquire
>Nicholas & Foreman, P.C.
>4409 North Front Street
>Harrisburg, PA 17110
>
>and
>
>Marvin Beshore, Esquire
>**Milspaw & Beshore**
>130 State Street
>P.O. Box 946
>Harrisburg, PA 17108-0946

_____
Harris J. Chernow

485525 -1;PHL1