OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

Marcia M. Waldron
Clerk

21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Telephone
267-299-4919

pacer.ca3.uscourts.gov

January 31, 2002

NOTICE OF DOCKETING OF APPEAL

FILED
HARRISBURG

FEB 0 4 2002

MARY E. D'ANDREA, CLERK
PER_____
DEPUTY CLERK

Shaffer v. Graybill

No(s): 01-cv-01065

(Honorable Sylvia H. Rambo)

An appeal by **Minuteman Press International, Inc. and Robert Emmett** was filed in the above-captioned case on 1/18/02, and docketed in this Court on 1/31/02, at No. **02-1260**.

Kindly use the Appeals Docket No. **02-1260** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk