OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

<u>Middle District of PA- Harrisburg</u>   Clerk of District Court   Date <u>February 1, 2002</u>
(District)

<u>Shaffer v. Graybill et.al.</u>   C. of A. No. <u>02-1260</u>
(Caption)

<u>Minuteman Press International and Robert Emmett</u>
(Appellant)

<u>01-cv-01065</u>   J Rambo
(D.C. No.)

RECEIVED
FEB 0 4 2002
PER
HARRISBURG, PA.   DEPUTY CLERK

Enclosures:

<u>February 1, 2002</u>   Certified copy of C. of A. Order by the Court/Clerk
(Date)

_____   Released (Record) (Supplemental Record - First - Second - Third)

___X___   Copy of this form to acknowledge receipt and return to C. of A.

_____   Record not released at this time until appeal(s) closed at No.(s)_____

_____   Please forward Certified List in Lieu of Record to this office.

_____   The certified copy of order issued as the mandate on_____
          is recalled.

                           <u>Teressa L. Williams</u>   (267)-299-<u>4919</u>
                              Deputy Clerk          Telephone Number

Receipt Acknowledge:
_George T Bender_
(Name)

_2/4/0_
(Date)

Rev. 3/13/00
Appeals (Certified List in Lieu of Record)

N:\record release.wpd

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

NO. 02-1260

Shaffer vs. Graybill

District Court No. 01-cv-01065

FILED HARRISBURG
FEB 0 4 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

O R D E R

It appearing that timely post-decision motions of a type specified by Fed. R. App. P., are pending in the district court, it is hereby O R D E R E D that the above-entitled appeal(s) is(are) stayed pending disposition of the motions. The parties are directed to file written reports addressing the status of the pending motions on **3/4/02** and every thirty (30) days thereafter until the motions are determined.

This stay does not apply to the obligation to pay filing and docketing fees. These obligations must be fulfilled within the time specified by the Federal Rules of Appellate Procedure and Third Circuit Local Appellate Rules.

For the Court,

A TRUE COPY:

Kathleen Brouwer,
Chief Deputy Clerk

MARCIA M. WALDRON
Clerk

Date: 1/31/2002

cc:
Robert J. White, Esq.
Charles P. Brown, Esq.
Marvin Beshore, Esq.
Howard J. Bashman, Esq.
Pearlette V. Toussant, Esq.
John J. Jacko III, Esq.
Harris J. Chernow, Esq.
Arthur L. Pressman, Esq.
Honorable Sylvia H. Rambo [Information Only]
Mrs. Mary D'Andrea [Information Only]