IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL A. SHAFFER,** | **CIVIL NO. 01-CV-1065** |
| **Plaintiff** | |
| v. | |
| **SUSAN GRAYBILL AS AN INDIVIDUAL AND AS ADMINISTRATRIX OF THE ESTATE OF DENNIS M. GRAYBILL, MINUTEMAN PRESS INTERNATIONAL, INC. and ROBERT EMMETT,** | **FILED**<br>MAR 0 5 2002<br>PER _____<br>HARRISBURG, PA  DEPUTY CLERK |
| **Defendants** | |

### ORDER

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED THAT:**

(1) Plaintiff's motion to strike Defendants' motion for reconsideration is **DENIED**;

(2) Plaintiff's motion for reconsideration is **STRICKEN**;

(3) Defendants' motion for reconsideration is **DENIED**; and

(4) Defendants' motion to stay is **GRANTED**. The matter is stayed pending outcome of the interlocutory appeal to the Third Circuit. The parties shall file a joint status report with the court every sixty (60 days) notifying it of the appeal's status.

SYLVIA H. RAMBO
United States District Judge

Dated: March 6, 2002.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

Re:  1:01-cv-01065   Shaffer v. Graybill

True and correct copies of the attached were mailed by the clerk to the following:

Robert J. White, Esq.
P.O. Box 3005
York, PA  17402

Marvin Beshore, Esq.
Milspaw & Beshore
130 State Street
P.O. Box 946
Harrisburg, PA  17108-0946

Charles P. Brown, Esq.
Nicholas & Foreman, P.C.
4409 North Front Street
Harrisburg, PA  17110

Harris J. Chernow, Esq.
Arthur L. Pressman, Esq.
John J. Jacko III, Esq.
Pearlette V. Toussant, Esq.
Buchanan Ingersoll Professional Corporation
Eleven Penn Center, 14th Floor
1835 Market St.
Philadelphia, PA  19103-2895

```
cc:
Judge                        (X )            ( ) Pro Se Law Clerk
Magistrate Judge             ( )             ( ) INS
U.S. Marshal                 ( )             ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

3-5-02