IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL A. SHAFFER, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 01-CV-1065 |
| : | Judge Sylvia H. Rambo |
| SUSAN GRAYBILL AS AN INDIVIDUAL AND : | |
| AS ADMINISTRATRIX OF THE ESTATE OF : | |
| DENNIS M. GRAYBILL, : | |
| MINUTEMAN PRESS INTERNATIONAL, INC., : | |
| and ROBERT EMMETT, : | |
| : | |
| Defendants. : | |
| : | |

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

Kindly withdraw the appearance of Harris J. Chernow, Esquire, John J. Jacko, III, Esquire and Pearlette V. Toussant, Esquire of the law firm of Buchanan Ingersoll Professional Corporation on behalf of Defendants Minuteman Press International, Inc. and Robert Emmett.

Harris J. Chernow
John J. Jacko, III
Pearlette V. Toussant

**[CONTINUED ON NEXT PAGE]**

## ENTRY OF APPEARANCE

Kindly enter the appearance of Harris J. Chernow, Esquire of the law firm of Goldman Plon & Chernow, LLC on behalf of Defendants Minuteman Press International, Inc. and Robert Emmett.

Goldman Plon & Chernow, LLC

By: _____  5/24/02
Harris J. Chernow, Esquire
1601 Market Street - Suite 2400
Philadelphia, PA 19103
Tel: (215) 569-4500
Fax: (215) 569-8899

## CERTIFICATE OF SERVICE

I, Harris J. Chernow, hereby certify that on this 20th day of May, 2002, a copy of the foregoing Withdrawal of Appearance and Entry of Appearance by Defendants Minuteman Press International, Inc. and Robert Emmett was served via First-Class, U.S. Mail, postage prepaid, upon the following counsel of record:

>Robert J. White, Esquire
>P.O. Box 3005
>York, PA 17402
>
>Charles Rees Brown, Esquire
>Nicholas & Foreman, P.C.
>4409 North Front Street
>Harrisburg, PA 17110
>
>and
>
>Marvin Beshore, Esquire
>Milspaw & Beshore
>130 State Street
>P.O. Box 946
>Harrisburg, PA 17108-0946

_____
Harris J. Chernow

503313-1;PHL1