2-to-1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL SHAFFER                          :
                                         :
       v.                                :       No. 01-CV-1065
                                         :       *2. Rambo*
SUSAN GRAYBILL, as an individual         :
And as Administratrix of the Estate of   :
Dennis M. Graybill,                      :
MINUTEMAN PRESS                          :
INTERNATIONAL, INC., and                 :
ROBERT EMMETT                            :
                                         :

FILED
HARRISBURG, PA

APR 0 8 2003

MARY E. D'ANDREA, CLERK
Per _____

## STATUS REPORT

Pursuant to the Order of this Court, Minuteman Press International, Inc. and Robert

Emmett hereby file this Status Report and advise this Court that their appeal filed in the United

States Court of Appeals for the Third Circuit remains pending before the Court.

Respectfully submitted,

Dated:  April 2, 2003

                _____
                Harris J. Chernow
                Chernow & Associates, PC
                610 Harper Avenue
                Jenkintown, PA 19046
                Tel: 215-572-8000
                Fax: 215-572-8191
                Attorneys for Defendants/Appellants
                Minuteman Press International, Inc. and
                Robert Emmett

## CERTIFICATE OF SERVICE

I, Harris J. Chernow, hereby certify that on this 2nd day of April, 2003, I caused a copy

of the foregoing Status Report to be served via First Class U.S. Mail, postage prepaid, upon the

following counsel of record:

> Robert J. White, Esquire
> P.O. Box 3005
> York, PA  17402
>
> and
>
> Charles Rees Brown, Esquire
> Nicholas & Foreman, P.C.
> 4409 North Front Street
> Harrisburg, PA  17110
>
> and
>
> Martin Beshore, Esquire
> Milspaw & Beshore
> 130 State Street
> P. O. Box 946
> Harrisburg,  PA  17108-0946

Harris J. Chernow, Esquire