UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

———

No. 02-1260

———

MICHAEL SHAFFER

v.

SUSAN GRAYBILL, as an Individual and as Administratrix
of the Estate of Dennis M. Graybill;
MINUTEMAN PRESS INTERNATIONAL, INC.;
ROBERT EMMETT

Minuteman Press International, Inc.; Robert Emmett
<u>Appellants</u>

———

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 01-cv-01065)
District Judge: Hon. Sylvia H. Rambo

———

Before:  SCIRICA, <u>Chief Judge</u>, SLOVITER and NYGAARD, <u>Circuit Judges</u>

———

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on May 22, 2003.

On consideration whereof, it is now here ORDERED AND ADJUDGED by this Court that the order of the said District Court entered December 21, 2001 be, and the same is, hereby reversed and the case remanded to the District Court for further

proceedings. Costs taxed against Appellee. All of the above in accordance with the opinion of this Court.

ATTEST:

*Marcia M. Waldron*
Clerk

Dated: July 3, 2003