OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

| Marcia M. Waldron | FOR THE THIRD CIRCUIT | Telephone |
|---|---|---|
| Clerk | 21400 United States Courthouse | 267-299-4928 |
| | 601 Market Street | |
| | Philadelphia PA 19106-1790 | |

**www.ca3.uscourts.gov**

July 25, 2003

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA  17108

**RE: Docket No. 02-1260**
     **Shaffer  vs. Graybill**
     **D.C. No. 01-cv-01065**

Dear Mrs. D'Andrea:

     Enclosed is a certified copy of the judgment together with copy
of the opinion in the above-entitled case(s). The certified judgment
is issued in lieu of a formal mandate and is to be treated in all
respects as a mandate.

     Kindly acknowledge receipt for same on the enclosed copy of this
letter.

     Counsel are advised of the issuance of the mandate by copy of
this letter.  A copy of the certified judgment is also enclosed
showing costs taxed, if any.

                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk

                              *Carmella L. Wells*

                    By:   Carmella L. Wells
                          Case Manager

Enclosure
cc:
          Michael Shaffer
          Harris J. Chernow, Esq.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

———

No. 02-1260

———

MICHAEL SHAFFER

v.

SUSAN GRAYBILL, as an Individual and as Administratrix
of the Estate of Dennis M. Graybill;
MINUTEMAN PRESS INTERNATIONAL, INC.;
ROBERT EMMETT

Minuteman Press International, Inc.; Robert Emmett
<u>Appellants</u>

———

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 01-cv-01065)
District Judge:  Hon. Sylvia H. Rambo

———

Before:  SCIRICA, <u>Chief Judge</u>, SLOVITER and NYGAARD, <u>Circuit</u> <u>Judges</u>

———

<u>JUDGMENT</u>

This cause came on to be heard on the record from the United States District Court

for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR

34.1(a) on May 22, 2003.

On consideration whereof, it is now here ORDERED AND ADJUDGED by this

Court that the order of the said District Court entered December 21, 2001 be, and the

same is, hereby reversed and the case remanded to the District Court for further

proceedings. Costs taxed against Appellee. All of the above in accordance with the opinion of this Court.

ATTEST:

*Marcus M. Waldron*

_____

Clerk

Dated: July 3, 2003

Certified as a true copy and issued in lieu
of a formal mandate on ____JUL 2 5 2003____

*Marcus M. Waldron*

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit