IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL A. SHAFFER,** | **CIVIL NO. 01-CV-1065** |
| **Plaintiff** | |
| v. | |
| **SUSAN GRAYBILL, as an individual and as Administratrix of the Estate of DENNIS M. GRAYBILL; MINUTEMAN PRESS INTERNATIONAL, INC.; and ROBERT EMMETT,** | |
| **Defendants** | |

## **O R D E R**

Pursuant to the mandate of the Third Circuit Court of Appeals, filed in this district on July 25, 2003, **IT IS HEREBY ORDERED THAT** a telephone conference will be conducted by the court on Monday, August 11, 2003, at 9;15 a.m. The call shall be placed by counsel for Plaintiff. The telephone number of the undersigned is (717) 221-3960.

                                                    s/Sylvia H. Rambo
                                                    Sylvia H. Rambo
                                                    United States District Judge

Dated: July 28, 2003.