ORIGINAL

none to CT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL SHAFFER

      Plaintiff,

v.

SUSAN GRAYBILL, AS AN INDIVIDUAL
AND AS ADMINISTRATRIX OF
THE ESTATE OF DENNIS M. GRAYBILL,
MINUTEMAN PRESS INTERNATIONAL, INC.,
AND ROBERT EMMETT

      Defendants.

CIVIL ACTION NO. 01-CV-1065
Judge Sylvia H. Rambo

FILED
HARRISBURG

AUG 0 4 2003

MARY E. D'A_____, CLERK
Per _____
      Deputy Clerk

## MODIFICATION OF ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly modify the appearance of Harris J. Chernow, Esquire, on behalf of Defendants Minuteman Press International, Inc. and Robert Emmett as follows:

Harris J. Chernow, Esquire
Chernow & Associates, PC
610 Harper Avenue
Jenkintown, PA 19046
Phone: 215-572-8000
Fax: 215-572-8191

_____
Harris J. Chernow, Esquire

## CERTIFICATE OF SERVICE

I, Harris J. Chernow, hereby certify that on this 31st day of July, 2003, a copy of the foregoing Modification of Entry of Appearance was served via First-Class, U.S. Mail, postage prepaid, upon the following counsel and party of record:

>Robert J. White, Esquire
>P.O. Box 3005
>York, PA 17402
>
>Charles Rees Brown, Esquire
>Nicholas & Foreman, P.C.
>4409 North Front Street
>Harrisburg, PA 17110
>
>Martin Beshore
>Milspaw & Beshore
>130 State Street
>P. O. Box 946
>Harrisburg, PA 17108-0946
>
>and
>
>Michael Shaffer
>88 Bentz Mill Road
>East Berlin, PA 17316

_____
Harris J. Chernow