ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SHAFFER<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUSAN GRAYBILL, AS AN INDIVIDUAL<br>AND AS ADMINISTRATRIX OF<br>THE ESTATE OF DENNIS M. GRAYBILL,<br>MINUTEMAN PRESS INTERNATIONAL, INC.,<br>AND ROBERT EMMETT<br><br>　　　　Defendants. | CIVIL ACTION NO. 01-CV-1065<br>Judge Sylvia H. Rambo<br><br>FILED<br>HARRISBURG, PA<br>AUG 18 2003<br>MARY E. D'ANDREA, CLERK<br>Per _____ Deputy Clerk |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw the appearance of Arthur L. Pressman, Esquire, formerly of the law firm of Buchanan Ingersoll Professional Corporation and now of Nixon Peabody, LLP, on behalf of Defendants Minuteman Press International, Inc. and Robert Emmett.

_____
Arthur L. Pressman, Esquire

## CERTIFICATE OF SERVICE

I, Harris J. Chernow, hereby certify that on this __14th__ day of August, 2003, a copy of the foregoing Withdrawal of Appearance was served via First-Class, U.S. Mail, postage prepaid, upon the following counsel and party of record:

Robert J. White, Esquire
P.O. Box 3005
York, PA 17402

Charles Rees Brown, Esquire
Nicholas & Foreman, P.C.
4409 North Front Street
Harrisburg, PA 17110

Martin Beshore
Milspaw & Beshore
130 State Street
P. O. Box 946
Harrisburg, PA 17108-0946

and

Michael Shaffer
88 Bentz Mill Road
East Berlin, PA 17316

_____
Harris J. Chernow